IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KELDY GONZALES DE ZUNIGA
ERICK ZUNIGA GONZALES, and
MINO ZUNIGA GONZALES,

        Plaintiff,

v.                    No. 2:23-CV-162 MV-JHR

THE UNITED STATES OF,
AMERICA,
        Defendant.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE IT'S REPLY

Upon consideration of Defendant's Unopposed Motion to Extend Deadline to File it's Reply to Plaintiff's Response (Doc. 18) to Defendants Motion to Dismiss, the Court having reviewed the motion and being otherwise fully advised,

FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 5, 2023, to file it's Reply Plaintiff's Response.

                                    _____
                                    Honorable Jerry H. Ritter
                                    United States Magistrate Judge

APPROVED/SUBMITTED BY:
*/s/ Manuel Lucero 8/7/23*
MANUEL LUCERO
Assistant United States Attorney
*Counsel for Defendant*

*/s/ Christopher Benoit 8/4/23*
CHRISTOPHER BENOIT
*Counsel for Plaintiff*

1