**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KELDY GONZALES DE ZUNIGA
ERICK ZUNIGA GONZALES, and
MINO ZUNIGA GONZALES,

        Plaintiffs,

        v.                                      No. 2:23-CV-162 MV/JHR

THE UNITED STATES OF
AMERICA,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Keldy Gonzales De Zuniga, Erick Zuniga Gonzales, and Mino Zuniga Gonzales, ("Plaintiffs") and Defendant United States of America hereby stipulate as follows:

Plaintiffs and Defendant have entered into a settlement agreement that resolves all of Plaintiffs' claims, with the parties to bear their own costs and fees.

In accordance with Rule 41(a)(1)(A)(ii), therefore, this stipulation of dismissal signed on behalf of Defendant and Plaintiffs constitutes the voluntary dismissal with prejudice of all of Plaintiffs' claims without need of further Court order.

        Respectfully submitted,

        BENOIT LEGAL, PLLC
        311 Montana Ave, Suite 300
        El Paso, Texas 79902
        (915) 532-5544
        Fax (915) 532-5566

        ***/s/ Christopher Benoit 4/23/24***
        Christopher Benoit
        chris@coylefirm.com
        *Attorney for Plaintiffs*

ALEXANDER M.M. UBALLEZ
United States Attorney

***/s/ Manuel Lucero 4/23/24***
MANUEL LUCERO
Assistant U.S. Attorney
201 3rd Street NW, Suite 900
Albuquerque, New Mexico  87103
(505) 224-1467
manny.lucero@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2024, I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Manuel Lucero 4/23/24*
*MANUEL LUCERO*
*Assistant United States Attorney*